UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY JOHNS-GRIGGS,

      Plaintiff,                               Case No. 19-cv-11162
                                                   Hon. Matthew F. Leitman

v.

A123 SYSTEMS, LLC,

      Defendant.
_____/

**<u>ORDER GRANTING IN PART AND TAKING UNDER ADVISEMENT IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 16)</u>**

In this action, Plaintiff Anthony Johns-Griggs has brought the following claims against Defendant A123 Systems, LLC, where Johns-Griggs used to work:

- Racial discrimination in violation of Michigan's Elliot-Larsen Civil Rights Act (Count I);

- Hostile Work Environment in violation of Michigan's Elliot-Larsen Civil Rights Act (Count II);

- Retaliation in violation of Michigan's Elliot-Larsen Civil Rights Act (Count III);

- Disparate treatment on the basis of race in violation of Title VII of the Civil Rights Act of 1964 (Count IV);

- Hostile Work Environment in violation of Title VII of the Civil Rights Act of 1964 (Count V); and

- Retaliation in violation of Title VII of the Civil Rights Act of 1964 (Count VI).

A123 moved for summary judgment on all of Johns-Griggs' claims on April 29, 2020. (*See* Mot. for Summ. J., ECF No. 16.) Johns-Griggs filed his response to A123's motion on May 26, 2020. (*See* Resp. to Mot. for Summ. J., ECF No. 18.) In that response, Johns-Griggs agreed to waive his hostile work environment claims under Michigan and federal law. (*See id.*, PageID.350.) The Court therefore **GRANTS** A123's motion with respect to Counts II and V of Johns-Griggs First Amended Complaint and **DISMISSES** those claims **WITH PREJUDICE**. Johns-Griggs argued that A123 was not entitled to summary judgment on his other claims.

The Court held a video hearing on A123's motion on September 29, 2020. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

- A123's motion is **GRANTED** with respect to Johns-Griggs' racial discrimination claims (Counts I and IV of the First Amended Complaint). Those claims are **DISMISSED WITH PREJUDICE**; and

- A123's motion is **TAKEN UNDER ADVISEMENT** with respect to Johns-Griggs' retaliation claims (Counts III and VI of the First Amended Complaint).

The Court will now refer this matter for a settlement conference with the assigned Magistrate Jude.

**IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  September 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9761